IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Barnes, Esther A | Case Number: 07 B 19327 |
|---|---|---|
| | | Judge: Squires, John H |
| | Printed: 12/10/08 | Filed: 10/18/07 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:    Dismissed: October 29, 2008
Confirmed: January 9, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 3,225.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 3,034.83 |
| Trustee Fee: | | 190.17 |
| Other Funds: | | 0.00 |
| Totals: | 3,225.00 | 3,225.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Ernesto D Borges Jr Esq | Administrative | 3,274.00 | 3,034.83 |
| 2. | Countrywide Home Loans Inc. | Secured | 0.00 | 0.00 |
| 3. | Countrywide Home Loans Inc. | Secured | 12,330.00 | 0.00 |
| 4. | Illinois Student Assistance Commission | Unsecured | 0.00 | 0.00 |
| 5. | Sallie Mae | Unsecured | 0.00 | 0.00 |
| 6. | Resurgent Capital Services | Unsecured | 508.76 | 0.00 |
| 7. | Credit Union One | Unsecured | 64.55 | 0.00 |
| 8. | ECast Settlement Corp | Unsecured | 1,782.25 | 0.00 |
| 9. | ECast Settlement Corp | Unsecured | 1,253.43 | 0.00 |
| 10. | ECast Settlement Corp | Unsecured | 380.10 | 0.00 |
| 11. | Portfolio Recovery Associates | Unsecured | 1,153.89 | 0.00 |
| 12. | Cook County Treasurer | Secured | | No Claim Filed |
| 13. | Medical Business Bureau Inc | Unsecured | | No Claim Filed |
| 14. | Barnes Walton Dental | Unsecured | | No Claim Filed |
| 15. | Collection System | Unsecured | | No Claim Filed |
| 16. | First USA Bank N A | Unsecured | | No Claim Filed |
| | | | $ 20,746.98 | $ 3,034.83 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 95.58 |
| 6.5% | 94.59 |
| | $ 190.17 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:   Barnes, Esther A

Printed: 12/10/08

Case Number:  07 B 19327
Judge:  Squires, John H
Filed:  10/18/07

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

